**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |

TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, et al.
vs.
SOLIS CONSTRUCTION, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., Plaintiff

```
FILED
MAY 12, 2008          YM
08CV2726
JUDGE ANDERSEN
MAGISTRATE JUDGE DENLOW
```

| | |
|---|---|
| NAME (Type or print) | |
| DAVID P. LICHTMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ David P. Lichtman | |
| FIRM | |
| Whitfield McGann & Ketterman | |
| STREET ADDRESS | |
| 111 E. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP | |
| Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6290051 | (312) 251-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |