# United States District Court for the Northern District of Illinois

Case Number: 08CV2726　　　　　Assigned/Issued By: DAJ

Judge Name: ANDERSEN　　　　　Designated Magistrate Judge: DENLOW

## FEE INFORMATION

*Amount Due:*　[✓] $350.00　　[ ] $39.00　　[ ] $5.00
　　　　　　　[ ] IFP　　　　[ ] No Fee　　[ ] Other _____
　　　　　　　[ ] $455.00

Number of Service Copies _____　　　Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00　　　　　Receipt #: 2768204

Date Payment Rec'd: 05/12/08　　Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons　　　　　　　　　　　　　[ ] Alias Summons

[ ] Third Party Summons　　　　　　　　[ ] Lis Pendens

[ ] Non Wage Garnishment Summons　　　[ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

[ ] Citation to Discover Assets　　　　　(Victim, Against and $ Amount)

[ ] Writ _____
　　　(Type of Writ)

_1_ Original and _0_ copies on _05/12/08_ as to _DEF._
　　　　　　　　　　　　　　　(Date)