IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SOLIS CONSTRUCTION, INC.,<br><br>Defendant. | CASE NO. 08-C-2726<br><br>JUDGE DENLOW |

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their complaint on May 12, 2008 and the summons and complaint were served on the Illinois Secretary of State on June 3, 2008 after being unsuccessful in finding the registered agent, Ivan Solis, at the registered office. The affidavit of compliance for service on the secretary of state was thereafter sent by certified mail to the registered agent on June 13, 2008. **(Exhibit A, Affidavit of Service)**

2. The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4. The Defendant submitted the monthly contribution reports but failed to submit the

ERISA contributions shown to be owed in the amount of $ 22,341.00 for the months of February 2008 through April 2008.  The Defendant also failed to remit the union dues it withheld from the employees' wages.  The amount of dues withheld is $ 1,599.85 for the period February 2008 through April 2008.  (**Exhibit B Affidavit of James Rosemeyer**)

      5.      The Defendant owes interest on the unpaid ERISA contributions in the amount of $ 301.08 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (**Exhibit B**)

      6.      The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $ 1,455.06 for the period February 2008 through April 2008 to the present pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii).  (**Exhibit B**)

      7.      The Defendant owes the sum of $ 1,557.50 for necessary and reasonable attorney fees and costs of $ 365.49 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  (**Exhibit C Affidavit of David P. Lichtman**)

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $ **27,619.98** and that, within ten days, the Defendant be ordered to produce reports and contributions for the period February 2008 through April 2008.

                              Respectively submitted,

                                /s/ David P. Lichtman
                                Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT | File # 5811-1074 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>JUN 0 9 2008<br>JESSE WHITE<br>SECRETARY OF STATE | **SUBMIT IN DUPLICATE**<br>Date:<br>Filing Fee: $10<br>Approved: BM |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   Trustees of the Chicago Regional Council   first named plaintiff
   v.
   SOLIS CONSTRUCTION, INC.   first named defendant

   Number  08 C 2726

2. Name of corporation being served: SOLIS CONSTRUCTION, INC.
3. Title of court in which an action, suit or proceeding has been commenced: U.S. District Court
4. Title of instrument being served: Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____ ; the conditions
              Month & Day            Year
      of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____.
              Month & Day            Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: Ivan Solis, Registered Agent, 6944 S. Kedvale Ave. Chicago, IL 60629

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _____           June 3        2008
   Signature of Affiant                Month & Day    Year

   ( 312 )   251-9700
   Telephone Number

**Return to (please type or print clearly):**

David P. Lichtman
Name
111 E. Wacker Dr., Suite 2600
Street
Chicago, IL 60601
City/Town  State  ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
```

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | N7668 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here  6/13/08 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | | |

Sent To: Solis Construction, Inc.
c/o Ivan Solis, Registered Agent
Street, Apt. or PO Box: 6944 S. Kedvale Ave.
City, State: Chicago, IL 60629

7006 0100 0002 6180 2957

PS Form 3800, June 2002          See Reverse for Instructions

ClientCaseID: N7668 DPL
Law Firm ID: WHITFIEL



CaseReturnDate: 6/12/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT
Case Number **08CV2726**

**I, JOANNE STOKLASA**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## NON-SERVICE

DEFENDANT NAME **SOLIS CONSTRUCTION, INC.**
I HAVE ATTEMPTED TO SERVE     **SUMMONS AND COMPLAINT**
AT THE LOCATION  **6944 S. KEDVALE AVE**           **CHICAGO, IL, 60629**
BEING A              **SINGLE FAMILY HOME**
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

ATTEMPTS MADE: 5-24-08 @ 735AM - NO ANSWER. 5-25-08 @ 1145AM - NO ANSWER AND THE DEFENDANTS NAME IS ON MAIL. 5-26-08 @ 10AM - NO ANSWER. 5-31-08 @ 905PM - LIGHTS ON THROUGHOUT HOUSE BUT THERE IS NO ANSWER. 6-1-08 @ 845AM - NO ANSWER. ON 5/26 A NEIGHBOR AT 6940 S. KEDVALE (A 5'8" 38 YEAR OLD WHITE MALE WITH BLACK HAIR AND A MEDIUM BUILD) CLAIMED THE DEFENDANT DOES RESIDE HERE, BUT THAT HE WAS NOT SURE WHEN THE DEFENDANT WOULD BE HOME. I BELIEVE THE DEFENDANT IS MOST LIKELY AVOIDING SERVICE. UNABLE TO SERVE.

Date Of Last Attempt   6/1/08         Time    8:45 AM

JOANNE STOKLASA                           6/4/2008
**SPECIAL PROCESS SERVER**
P.E.R.C. #129-163798

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SOLIS CONSTRUCTION, INC.,<br><br>Defendant. | CASE NO. 08-C-2726<br><br>JUDGE DENLOW |

### DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1. I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2. The Defendant executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4. Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5. The Defendant submitted the contribution reports for the period February 2008 through April 2008 but did not pay the contributions. The reports show that $ 22,341.00 is owed in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $ 1,599.85 for the period February 2008 through April 2008.

6. Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $ 1,455.06 for the period February 2008 through April 2008.

7. The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $ 301.08.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date: July 10, 2008

_____
James Rosemeyer, Contributions Manager

7/3/2008

Solis Construction, Inc.
6944 S Kedvale Ave.
Chicago, Il. 60629

Account #23892

| Contributions | | Liquidated Damages | Interest | Dues |
|---|---|---|---|---|
| Feb-08 | $10,032.00 | $775.31 | $176.04 | $697.99 |
| Mar-08 | $7,491.00 | $459.67 | $90.62 | $522.09 |
| Apr-08 | $4,818.00 | $220.08 | $34.42 | $379.77 |
| totals: | $22,341.00 | $1,455.06 | $301.08 | $1,599.85 |

Fringe Benefits: 312/787-9455 Option #5 Regional Council: 312/787-3076

| | 8.960 |
|---|---|
| Con Pen | 6.910 |
| Appren. | .490 |
| INTL FND | .060 |
| LAB MGMT | .020 |
| MIAF | .040 |
| *Safety | .010 |
| *CISCO | .010 |

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH   ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME   ☐ SEND MORE FORMS

NO Check
791551

DUE BY 4/15/2008

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 3 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Solis Construction Inc
6944 S Kedvale Ave
Chicago IL 60629-5751

Month of MARCH 2008

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| U21848031 | CALDERON LUIS | 10-JNY | X | 0 | 0 | 0 | 0 |
| XXX-XX-9161 | GONZALEZ VICTOR | - | | 22 | 22 | 830.94 | 24.93 |
| U41848352 | OROZCO MARIO | 10-UNK | X | 0 | 0 | 0 | 0 |
| U32548939 | SOLIS ALLENDE | 10-JNY | X | 128 | 128 | 5,090.56 | 152.72 |
| U73522827 | SOLIS IVAN | 10-O/S | X | 160 | 160 | 6,043.20 | 181.28 |
| U62549582 | SOLIS JUAN | 10-JNY | X | 144 | 144 | 5,438.88 | 163.16 |

Total this month: 454 | 454 | $17,403.58 | $522.09

(1) Amount due at $ 16.500 per hour    $ 7,491.00
+ (2) Total dues withheld    $ 522.09
= Subtotal    $ 8,013.09
Prior Balance Due or (Cr. Available)    $ 0
Grand Total    $ 8,013.09

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED AS LIQUIDATED DAMAGES!

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

JUN 02 2008    REPORT MUST BE SIGNED!

BY _____ PRESIDENT

AUTHORIZED SIGNATURE _____
TITLE PRESIDENT

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

Fringe Benefits: 312/787-9455, Option #5 Regional Council: 312/787-3076

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH  ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME  ☐ SEND MORE FORMS

No Check 791552

| | |
|---|---|
| | 8.960 |
| Con Pen | 6.910 |
| Appren. | .490 |
| INTL FND | .060 |
| LAB MGMT | .020 |
| MIAF | .040 |
| *Safety | .010 |
| DUE BY 5/15/2008  *CISCO | .010 |

Solis Construction Inc
6944 S Kedvale Ave
Chicago IL 60629-5751

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 3 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

**MUST BE SHOWN!  WATCH SPELLING!  PLEASE PRINT!**  Month of APRIL, 2008

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| U21848031 | CALDERON LUIS | 10-JNYX | | ∅ | ∅ | ∅ | ∅ |
| XXX-XX-9161 | GONZALEZ VICTOR | - | | ∅ | ∅ | ∅ | ∅ |
| U41848352 | OROZCO MARIO | 10-UNKX | | ∅ | ∅ | ∅ | ∅ |
| U32548939 | SOLIS ALLENDE | 10-JNYX | | 60 | 60 | 2,386.20 | 71.59 |
| U73522827 | SOLIS IVAN | 10-O/SX | | 200/160 | 160 | 7,554.00 | 226.60 |
| U62549582 | SOLIS JUAN | 10-JNYX | | 72 | 72 | 2,719.44 | 81.58 |

Total this month: 332 / 292  $12,659.64  $379.77

(1) Amount due at $ 16.500 per hour  $ 4,818.00
+ (2) Total dues withheld  $ 379.77
= Subtotal  $ 5,197.77
Prior Balance Due or (Cr. Available)  $ ∅
Grand Total  $ 5,197.77

(3)

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES.

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

_Martin_ PRESIDENT

JUN 02 2008  REPORT MUST BE SIGNED

AUTHORIZED SIGNATURE: _Ivan_
TITLE: PRESIDENT

Fringe Benefits: 312/787-9455, Option #5 Regional Council: 312/787-3076

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH  ☐ CHANGE OF ADDRESS
☐ CHANGE OF NAME  ☐ SEND MORE FORMS

NO Check
791550

Solis Construction Inc
6944 S Kedvale Ave
Chicago IL 60629-5751

| | | | 8.960 |
|---|---|---|---|
| | | Con Pen | 6.910 |
| | | Appren. | .490 |
| | | INTL FND | .060 |
| | | LAB MGMT | .020 |
| | | MIAF | .040 |
| | | *Safety | .010 |
| DUE BY | 3/15/2008 | *CISCO | .010 |

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 3 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Month of FEBRUARY 2008

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| U21848031 | CALDERON LUIS | 10-JNY | X | 104 | 104 | 3,928.08 | 117.83 |
| XXX-XX-9161 | GONZALEZ VICTOR | - | | 16 | 16 | 604.32 | 18.13 |
| U41848352 | OROZCO MARIO | 10-UNK | X | 56 | 56 | 2,115.12 | 63.45 |
| U32548939 | SOLIS ALLENDE | 10-JNY | X | 152 | 152 | 6,045.04 | 181.34 |
| U73522827 | SOLIS IVAN | 10-O/S | X | 160 | 160 | 6,043.20 | 181.28 |
| U62549582 | SOLIS JUAN | 10-JNY | X | 120 | 120 | 4,532.40 | 135.96 |

Total this month: 608 | 608 | $23,268.16 | $697.99

(1) Amount due at $ 16.500 per hour $ 10,032.00
+ (2) Total dues withheld $ 697.99
= Subtotal $ 10,729.99
Prior Balance Due or (Cr. Available) $ 0
Grand Total $ 10,729.99  (6)

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH COMPOUNDED AS LIQUIDATED DAMAGES!

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

PRESIDENT JUN 0 2 2008  REPORT MUST BE SIGNED
AUTHORIZED SIGNATURE
TITLE PRESIDENT

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SOLIS CONSTRUCTION, INC.,<br><br>　　　　　Defendant. | CASE NO. 08-C-2726<br><br>JUDGE DENLOW |

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1. I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter. I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2. I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

2

4. I, David P. Lichtman, have devoted 8.9 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $ 1,557.50.

5. In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00. These costs total $ 365.49.

6. I certify that the attached detailed attorney fees and costs totaling $ 1,922.99 were necessary and reasonable.

7. Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Solis Construction, Inc., c/o Registered Agent Ivan Solis at 6944 S. Kedvale Ave., Chicago, IL 60629.

Dated: July 10, 2008

/s/ David P. Lichtman
David P. Lichtman

Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

| 7/10/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 9:33 AM | Slip Listing | Page | 1 |

### Selection Criteria

| | |
|---|---|
| Slip.Date | Earliest - 7/10/2008 |
| Case (hand select) | Include: CTF-C./N7668/23892 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7668/23892 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | ATTORNEY / Activity / Case / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 357648　　　　TIME<br>5/9/2008<br>Billed　　G:73600　　6/2/2008<br>Review referral from Trust funds on 05/5/08; prepare file; review corporate status and registered agent information for legal process. | DPL<br>Billable<br>CTF-C./N7668/23892 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 357649　　　　TIME<br>5/9/2008<br>Billed　　G:73600　　6/2/2008<br>Prepared summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and T-HA Sec. 301. | DPL<br>Billable<br>CTF-C./N7668/23892 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 357685　　　　TIME<br>5/9/2008<br>Billed　　G:73600　　6/2/2008<br>Search Illinois Secretary of State database for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | ~~CPW~~<br>Lexis<br>CTF-C./N7668/23892 | ~~0.30~~<br>0.00<br>0.00<br>0.00 | 130.00<br>A@1 | ~~39.00~~ |
| 357767　　　　TIME<br>5/13/2008<br>Billed　　G:73600　　6/2/2008<br>Review complaint filed at the Federal Court; enter pertinent information (e.g., filing date, case number and assigned judge) into database; review judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file/databse regarding same. | DPL<br>Billable<br>CTF-C./N7668/23892 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 357768　　　　TIME<br>5/13/2008<br>Billed　　G:73600　　6/2/2008<br>Prepare correspondence to legal process | DPL<br>Billable<br>CTF-C./N7668/23892 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| 7/10/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 9:33 AM | Slip Listing | Page | 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| server Scott Forrest Stern & Associates, Inc. regarding service of the summons and complaint on the defendant; prepare coorrespondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds regarding the filing of the complaint; enclose copy of the summons and complaint; docket follow-up dates for service. | | | | |
| 359096       EXP<br>6/4/2008<br>Billed       G:73805       7/1/2008<br>Secretary of State Filing Fee | CPW<br>$MISC<br>CTF-C./N7668/23892 | 1 | 10.00 | 10.00 |
| 359358       EXP<br>6/10/2008<br>Billed       G:73805       7/1/2008<br>FILING FEE (5/12/08) | CPW<br>$DC<br>CTF-C./N7668/23892 | 1 | 350.00 | 350.00 |
| 359617       TIME<br>6/13/2008<br>Billed       G:73805       7/1/2008<br>Review affidavit of compliance for service on Secretary of State under the Illinois Business Corporation Act of 1983; electronically file the proof of service with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; send via certified and regular mail to registered agent. | DPL<br>Billable<br>CTF-C./N7668/23892 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 359619       TIME<br>6/13/2008<br>Billed       G:73805       7/1/2008<br>Prepare correspondence to Trust Fund Manager James T. Rosemeyer and Earl E. Oliver, Field Representative, Chicago Regional Council of Carpenters of Trust Funds regarding service of the complaint on the Secretary of State. | DPL<br>Billable<br>CTF-C./N7668/23892 | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 17.50 |
| 359652       EXP<br>6/13/2008<br>Billed       G:73805       7/1/2008<br>CERTIFIED MAIL | CPW<br>$CERT.<br>CTF-C./N7668/23892 | 1 | 5.49 | 5.49 |
| 360299       TIME<br>6/26/2008<br>Billed       G:73805       7/1/2008<br>Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds | DPL<br>Billable<br>CTF-C./N7668/23892 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |

| 7/10/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 9:33 AM | Slip Listing | Page | 3 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | | | | |
| 360813     TIME<br>7/3/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager James T. Rosemeyer in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | DPL<br>Billable<br>CTF-C./N7668/23892 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |
| 361015     TIME<br>7/10/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates; review U.S. District Court web site to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to answer or otherwise plead. | DPL<br>Billable<br>CTF-C./N7668/23892 | 2.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 437.50 |
| 361016     TIME<br>7/10/2008<br>WIP<br>Prepare a proposed judgment in support of the Trust Funds motion; calculate all amounts owed. | DPL<br>Billable<br>CTF-C./N7668/23892 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| Grand Total | Billable<br>Unbillable<br>Total | ~~9.20~~<br>0.00<br>~~9.20~~ | | ~~1961.99~~<br>0.00<br>~~1961.99~~ |

*Handwritten annotations:*

8.90 @ $175.00 = $1,557.50

costs { + $350.00
       + 10.00
       + 5.49

Total — $1,922.99