# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Chicago Regional Council of Carpenters Pension
Fund, et al.

                                        Plaintiff,

v.                                                  Case No.: 1:08–cv–02726

                                                    Honorable Wayne R.
                                                    Andersen

Solis Construction, Inc.

                                        Defendant.

---

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE


        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of
Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings
related to: discovery supervision.(tsa, )Mailed notice.


Dated: July 15, 2008

                                                    /s/ Wayne R. Andersen
                                        _____

                                                    United States District Judge