IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SOLIS CONSTRUCTION, INC.,<br><br>Defendant. | CASE NO. 08-C-2726<br><br>JUDGE ANDERSEN |

## NOTICE OF VOLUNTARY DISMISSAL

To:  Solis Construction, Inc.
 c/o Ivan Solis, Registered Agent
 6944 S. Kedvale Ave.
 Chicago, IL 60629

PLEASE TAKE NOTICE that on July 17, 2008 pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiffs hereby voluntarily dismiss this action without prejudice.

Respectfully submitted,


 /s/ David P. Lichtman
 Attorney for Plaintiffs

David P. Lichtman (6290051)
Whitfield McGann & Ketterman
111 E. Wacker Dr, Suite 2600
Chicago, IL  60601
T.(312) 25109700 F.(312) 251-9701

## **CERTIFICATE OF SERVICE**

      I, David P. Lichtman, being first duly sworn under oath, deposes and states that I served a true and correct copy of the above Notice of Voluntary Dismissal by depositing in the United States mail at 111 East Wacker Drive, Chicago, Illinois, by regular mail, postage prepaid, addressed to whom the Notice is directed before the hour of 5:00 p.m. on July 17, 2008.

                                        /s/ David P. Lichtman